**CR219-0048**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 111(a)(1) and (b) |
| | ) Assaulting, Resisting, or Impeding |
| EDUARDO BERMUDEZ | ) Certain Officers or Employees |

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:  Assaulting, Resisting, or Impeding Certain Officers or Employees (Dangerous weapon/bodily injury)
18 U.S.C. § 111(a)(1) and (b)

- Not more than 20 years of imprisonment
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Marcela C. Mateo*
Marcela C. Mateo
Assistant United States Attorney