# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CASE NO. 2:19-cr-048** |
| v. | ) | |
| | ) | |
| **EDUARDO BERMUDEZ** | ) | |

## JOINT STATUS REPORT

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and Assistant United States Attorney Marcela C. Mateo, the Defendant, Eduardo Bermudez, and counsel for the Defendant, F. Sean Simmons, Esq., file this status report in compliance with this Honorable Court's Order (Doc. 46) to notify the Court with the following:

1. On January 7, 2020, via email, the Federal Bureau of Prisons (BOP) confirmed with the Government that the evaluation period for Defendant Bermudez concluded on December 31, 2019.

2. BOP also informed that Dr. Dawn Graney is the forensic psychologist that conducted the examination.

3. Dr. Graney is currently out of the office for work-related training and unable to give an estimate of when the report will be completed.

4. BOP further informed that Defendant Bermudez is still currently at Federal Correctional Institution Butner pending transfer to the Southern District of Georgia.

5. As such, the parties respectfully request 30 days from the time the final report is disclosed to provide a status update to the Court. This time will allow the parties to review the report and make a decision as to proceeding by stipulation or competency hearing. Defense counsel will need time to discuss the matter with his client, and the additional time will hopefully be sufficient for Defendant Bermudez's transfer back to the district.

6. WHEREFORE, the parties respectfully request that this Honorable Court TAKE NOTICE of the parties' compliance with this Honorable Court's Order (Doc. 46).

This 7th day of January 2020.

                                        Respectfully submitted,

                                        BOBBY L. CHRISTINE
                                        UNITED STATES ATTORNEY

| | |
|---|---|
| 22 Barnard Street, Suite 300 | *s/ Marcela C Mateo* |
| Savannah, Georgia 31401 | Marcela C. Mateo |
| Telephone: (912) 652-4422 | Assistant United States Attorney |
| Facsimile: (912) 652-4991 | Georgia Bar No. 397722 |
| E-mail: marcela.mateo@usdoj.gov | |
| | |
| 846 Alice Street | *s/ Franklin Sean Simmons* |
| Waycross, GA 31501 | Franklin Sean Simmons |
| Telephone: 912-548-1755 | Counsel for the Defendant |
| Facsimile: 912-809-2635 | |
| E-mail: seansimmonsattyatlaw@gmail.com | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of January 2020.

22 Barnard Street, Suite 300  *s/ Marcela C Mateo*
Savannah, Georgia 31401  Marcela C. Mateo
Telephone: (912) 652-4422  Assistant United States Attorney
Facsimile: (912) 652-4991  Georgia Bar No. 397722
E-mail: marcela.mateo@usdoj.gov