UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CASE NO. 2:19-cr-048** |
| **v.** ) | |
| ) | |
| **EDUARDO BERMUDEZ** ) | |

**JOINT STATUS REPORT**

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and Assistant United States Attorney Marcela C. Mateo, the Defendant, Eduardo Bermudez, and counsel for the Defendant, F. Sean Simmons, Esq., file this status report in compliance with this Honorable Court's Order (Doc. 48) to notify the Court with the following:

1. Parties were notified that the forensic evaluation report for Defendant Bermudez is completed, however waiting for final approval from the Warden. As such, neither party has received the report to review.

2. BOP further informed that Defendant Bermudez left Federal Correctional Institution Butner on January 27, 2020, pending transfer to the Southern District of Georgia.

3. As such, the parties respectfully request 21 days from the time the final report is disclosed to provide a status update to the Court. This time will allow the parties to review the report and make a decision as to proceeding by stipulation or competency hearing. Defense counsel will need time to discuss the matter with his

client, and the additional time will hopefully be sufficient for Defendant Bermudez's transfer back to the district.

4.   WHEREFORE, the parties respectfully request that this Honorable Court TAKE NOTICE of the parties' compliance with this Honorable Court's Order (Doc. 48).

This 6th of February 2020.

                                        Respectfully submitted,

                                      BOBBY L. CHRISTINE
                                      UNITED STATES ATTORNEY

| | |
|---|---|
| 22 Barnard Street, Suite 300 | *s/ Marcela C Mateo* |
| Savannah, Georgia 31401 | Marcela C. Mateo |
| Telephone: (912) 652-4422 | Assistant United States Attorney |
| Facsimile: (912) 652-4991 | Georgia Bar No. 397722 |
| E-mail: marcela.mateo@usdoj.gov | |
| | |
| 846 Alice Street | *s/ Franklin Sean Simmons* |
| Waycross, GA 31501 | Franklin Sean Simmons |
| Telephone: 912-548-1755 | Counsel for the Defendant |
| Facsimile: 912-809-2635 | |
| E-mail: seansimmonsattyatlaw@gmail.com | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 6th of February 2020.

22 Barnard Street, Suite 300               *s/ Marcela C Mateo*
Savannah, Georgia 31401                    Marcela C. Mateo
Telephone: (912) 652-4422                  Assistant United States Attorney
Facsimile: (912) 652-4991                  Georgia Bar No. 397722
E-mail: marcela.mateo@usdoj.gov