Case 2:19-cr-00048-LGW-BWC   Document 53   Filed 02/28/20   Page

ATTEST:
A TRUE COPY CERTIFIED
Scott L. Poff, Clerk
United States District Court

*By crobinson at 1:19 pm, Feb 28, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:19-cr-48 |
| EDUARDO BERMUDEZ, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the following pretrial motions filed by the Defendant Eduardo Bermudez: Motion for Jencks Material, doc. 16, Motion for Witness List, doc. 18, Motion for Notice of Other Acts, doc. 19, Motion to Suppress Defendant's Statement, doc. 20, Motion for Discovery, doc. 21, Motion for Criminal History for all Witnesses, doc. 22, Motion to Reserve Time to File Additional Motions, doc. 23, and Motion to Participate in Voir Dire, doc. 24.

The Defendant is ORDERED to file an updated Notice to Counsel Response form with the Court indicating if the pending motions are resolved or require oral argument or an evidentiary hearing. The updated Notice to Counsel Response form is due by the Defendant on or before March 23, 2020.

IT IS FURTHER ORDERED, that a Motions hearing is set in this case for Monday, March 30, 2020 at 1:30 p.m., Courtroom 2, Brunswick Federal Courthouse.

**SO ORDERED**, this 28th day of February, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA